# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JAMYE DOUGAN                                                    PLAINTIFF

v.                                        No. 3:21-cv-151-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                                                DEFENDANTS

## ORDER

1.    The Court withdraws the reference.

2.    Dougan hasn't paid the filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed.  *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021