IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMYE DOUGAN                                                    PLAINTIFF

v.                            No. 3:21-cv-151-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                                              DEFENDANTS

## JUDGMENT

Dougan's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2021